

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00098-CV

SAMUEL RENE MONTANA, Appellant

V.

MELISSA ANN MONTANA, Appellee

Appeal from the 247th Judicial District Court of Harris County. (Tr. Ct. No. 2012-47087).

This case is an appeal from the order signed by the trial court on August 29, 2014. After due consideration, the Court **grants** the appellant's motion to dismiss the appeal. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that costs be taxed against the appellant.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 2, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Huddle.